

FILED by SA D.C

ELECTRONIC

May 7, 2013

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### 13-80103-CR-HURLEY/HOPKINS
CASE NO. _____

21 U.S.C. § 841(a)(1)
21 U.S.C. § 846

**UNITED STATES OF AMERICA,**

v.

**SIXTO ARGUETA,**
a/k/a "Gordo," and
**HUMBERTO MELO,**

        **Defendants.**
_____/

### INDICTMENT

The Grand Jury charges that:

From on or about April 9, 2013 through on or about April 16, 2013, in Palm Beach County, in the Southern District of Florida, and elsewhere, the defendants,

        **SIXTO ARGUETA,**
        a/k/a "Gordo," and
        **HUMBERTO MELO,**

did knowingly and willfully conspire, with others known and unknown to the grand jury, to possess with intent to distribute a controlled substances, in violation of Title 21, United States Code, Section 841(a)(1); all in violation of Title 21, United States Code, Section 846.

Pursuant to Title 21, United States Code, Section 841(b)(1)(B)(ii), it is further alleged that this violation involved a mixture and substance containing 500 grams or more of cocaine.

## COUNT 2

On or about April 16, 2013, in Palm Beach County, in the Southern District of Florida, the defendants,

**SIXTO ARGUETA,**
a/k/a "Gordo," and
**HUMBERTO MELO,**

did knowingly and intentionally attempt to possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1); all in violation of Title 21, United States Code, Section 846 and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 841(b)(1)(B)(ii), it is further alleged that this violation involved a mixture and substance containing 500 grams or more of cocaine.

A TRUE BILL

_____
FOREPERSON

_____
WIFREDO A. FERRER
UNITED STATES ATTORNEY

_____
SUSAN R. OSBORNE
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

CASE NO. _____

vs.

SIXTO ARGUETA, a/k/a Gordo,
and HUMBERTO MELO,

        Defendants.
_____/

**CERTIFICATE OF TRIAL ATTORNEY***

**Superseding Case Information:**

**Court Division**: (Select One)

___ Miami    ___ Key West
___ FTL    _X_ WPB    ___ FTP

New Defendant(s)    Yes ___    No ___
Number of New Defendants ___
Total number of counts ___

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No)    Yes
   List language and/or dialect    Spanish

4. This case will take   3   days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)

   | | | | | |
   |---|---|---|---|---|
   | I | 0 to 5 days | X | Petty | |
   | II | 6 to 10 days | | Minor | |
   | III | 11 to 20 days | | Misdem. | |
   | IV | 21 to 60 days | | Felony | X |
   | V | 61 days and over | | | |

6. Has this case been previously filed in this District Court? (Yes or No)    NO
   If yes:
   Judge: _____    Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter? (Yes or No)    NO
   If yes:
   Magistrate Case No. _____
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the _____ District of _____

   Is this a potential death penalty case? (Yes or No)    No

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?    ___ Yes    _X_ No

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007?    ___ Yes    _X_ No

                                                              _/s/ Susan R. Osb_____
                                                              SUSAN R. OSBORNE
                                                              ASSISTANT UNITED STATES ATTORNEY
                                                              Court No. A5500797

*Penalty Sheet(s) attached                                                                    REV 4/8/08

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name:** SIXTO ARGUETA, a/k/a "Gordo,"

**Case No:** _____

Count #: 1

Conspiracy to possess with intent to distribute 500 grams or more of cocaine

Title 21, United States Code, Sections 846 and 841(a)(1)

\* **Max.Penalty**: 5-40 years' imprisonment, 5 years supervised release, and a $5,000,000 fine

Count #: 2

Attempted possession with intent to distribute 500 grams or more of cocaine

Title 21, United States Code, Sections 841(a)(1) and 846

\* **Max.Penalty**: 5-40 years' imprisonment, 5 years supervised release, and a $5,000,000 fine

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name:** HUMBERTO MELO

**Case No:**_____

Count #: 1

Conspiracy to possess with intent to distribute 500 grams or more of cocaine

Title 21, United States Code, Sections 846 and 841(a)(1)

* **Max.Penalty**: 5-40 years' imprisonment, 5 years supervised release, and a $5,000,000 fine

Count #: 2

Attempted possession with intent to distribute 500 grams or more of cocaine

Title 21, United States Code, Sections 841(a)(1) and 846

* **Max.Penalty**: 5-40 years' imprisonment, 5 years supervised release, and a $5,000,000 fine